THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. MULLIGAN, Appellant.— Order denying writ of *coram nobis* without a hearing, unanimously affirmed. No opinion. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.